UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EVANSTON INSURANCE COMPANY,       )       CASE NO. CV 10-07096 RZ
                                  )
                  Plaintiff,      )
                                  )       ORDER TO SHOW CAUSE WHY
        vs.                       )       ACTION SHOULD NOT BE
                                  )       DISMISSED FOR LACK OF SUBJECT
VICOO INDUSTRY, INC.,             )       MATTER JURISDICTION
                                  )
                  Defendant.      )
————————————————————————————————  )

        Federal courts are courts of limited jurisdiction, and if subject matter jurisdiction does not affirmatively appear, federal courts are presumed to lack jurisdiction. *National Treasury Employees Union v. Federal Labor Relations Authority* , 112 F.3d 402, 403 (9th Cir. 1997), *citing General Atomic Co. v. United Nuclear Corp.,* 655 F.2d 968, 968-69 (9th Cir. 1981).  Corporations have dual citizenship; they are citizens of the state in which they are incorporated, and they also are citizens of the state in which they have their principal place of business, 28 U.S.C. § 1332(c)(1); both states of citizenship must be alleged in the Complaint. Plaintiff alleges that it is "an Illinois corporation" with its principal place of business in Illinois, and that Defendant is "a California corporation," with its principal place of business in California.  The allegation that a corporation is "an Illinois corporation" or a "California corporation" is not sufficient to allege the state in

which the corporation is incorporated. *Fifty Associates v. Prudential*, 446 F.2d 1187 (9th Cir. 1970).

Accordingly, the dual citizenship of the plaintiff and the defendant, do not affirmatively appear from the pleadings, and at present subject matter jurisdiction appears to be absent.

It is therefore ordered that Plaintiff shall show cause in writing, not later than October 12, 2010, why this action should not be dismissed for lack of subject matter jurisdiction. The filing of an amended complaint within that time, correcting the jurisdictional defect, shall discharge the Order to Show Cause.

DATED:   September 29, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE