UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-07096-SVW -AJW | Date | April 18, 2011 |
|---|---|---|---|
| Title | Evanston Insurance Company v. Vicoo Industry, Inc. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**     IN CHAMBERS  - ORDER TO SHOW CAUSE

　　　The Court orders the plaintiff to show cause, in writing, within ten days, why this case should not be moved to the Court's inactive calendar pending the bankruptcy.

|  | : |  |
|---|---|---|
| Initials of Preparer | PMC | |